IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICKEY COLIN, #207739, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:10cv740-TMH |
| | ) |
| LOUIS BOYD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On May 14, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 33). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the defendants' motion for summary judgment be and is hereby GRANTED, that this case be and is hereby DISMISSED with prejudice, and that the costs of this proceeding be and are hereby TAXED against the plaintiff.

Done this the 7th day of June 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE